No. 65605.—Pivar Conley Corp. *v.* United States, protests 59/21157 and 59/33583 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of pile ribbons made of synthetic textile similar in use to pile ribbons, wholly or in chief value of silk, and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MAY 11, 1961

No. 65606.—F. B. Wilcon Co. et al. *v.* United States, protests 58/13843, etc. (Boston).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.